RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Cristobal Ocampo-Solis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-822-DJA |
| Plaintiff, | ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | (Second Request) |
| CRISTOBAL OCAMPO-SOLIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Cristobal Ocampo-Solis, that the Preliminary Hearing currently scheduled on January 10, 2022 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties have entered negotiations and need additional time to resolve this matter.

2. Mr. Ocampo-Solis is incarcerated and does not object to a continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 7th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-822-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| CRISTOPBAL OCAMPO-SOLIS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 10, 2022 at the hour of 4:00 p.m., be vacated and continued to March 14, 2022, at 4:00 p.m., Courtroom 3A.

DATED this 10th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS

3