```
1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   JARED L. GRIMMER
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336/Fax: (702) 388-6418
5  jared.l.grimmer@usdoj.gov
   Attorneys for the United States
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRISTOBAL OCAMPO-SOLIS,<br>　aka "Jesus Valero Galicia,"<br>　aka "Alberto Bustamonte,"<br>　aka "Jose Delgado-Avalos,"<br>　aka "Jose Guadalupe Delgado-Avalos,"<br><br>　　　　　Defendant. | Case No. 2:22-cr-00045-JCM-EJY<br>　　　　　*SEALED*<br><br>**Motion to Unseal Case** |

The United States of America, by and through its attorneys, Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about September 30, 2021, a Complaint was filed with the Court, charging Mr. Ocampo-Solis with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:21-mj-00822-DJA.

2. Mr. Ocampo-Solis made an initial appearance before the Court on or about October 5, 2021, and was ordered detained pending trial. *Id.* at ECF Nos. 10, 15. Mr. Ocampo-Solis remains detained by the U.S. Marshals Service.

3. Mr. Ocampo-Solis has signed a plea agreement with the United States, and this Court has set a change of plea hearing for April 8, 2022. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 28th day of February, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/ *Jared L. Grimmer*
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CRISTOBAL OCAMPO-SOLIS,<br>    aka "Jesus Valero Galicia,"<br>    aka "Alberto Bustamonte,"<br>    aka "Jose Delgado-Avalos,"<br>    aka "Jose Guadalupe Delgado-Avalos,"<br><br>        Defendant. | Case No. 2:22-cr-00045-JCM-EJY<br>                      *SEALED*<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Cristobal Ocampo-Solis,* is unsealed.

**DATED** March 4, 2022.

_____
Honorable James C. Mahan
United States District Judge

3